UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:04CR40020-FDS |
| v. ) | |
| ) | VIOLATIONS: |
| ROHAN CARL DAVIDSON ) | 8 U.S.C. § 1326 |
| ) | Unlawful Re-entry of |
| ) | Deported Alien |

## INDICTMENT

<u>COUNT ONE</u>:     (8 U.S.C. § 1326–Unlawful Re-entry of Deported Alien)

The Grand Jury charges that:

On or about July 23, 2004, at Worcester, in the District of Massachusetts,

### ROHAN CARL DAVIDSON,

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
Foreperson of the Grand Jury

*[signature]*
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:            August 18, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

8/18/04
11:45 AM

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Worcester     Category No. II     Investigating Agency ICE

City  Worcester                  **Related Case Information:**

County  Worcester                Superseding Ind./ Inf. _____  Case No. _____
                                 Same Defendant _____  New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Rohan Carl Davidson     Juvenile  ☐ Yes  [x] No

Alias Name  _____

Address  ICE Custody

Birth date: x/x/75   SS#: n/a    Sex: M   Race: B     Nationalist: Jamaica

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Hodgens                           Bar Number if applicable _____

Interpreter:  ☐ Yes  [x] No      List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  [x] No

[x] Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

[x] Already in Federal Custody as    ICE - Administrative Custody   in   Plymouth Co. House of Correction .
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   [x] Indictment

Total # of Counts:  ☐ Petty    ☐ Misdemeano    [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/18/04          Signature of AUSA: John M. Hodgens, Jr./s/

◥JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy) _____

Name of Defendant    Rohan Carl Davidson _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326 | Illegal Re-entry after Deportation | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____