UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-40020-FJS

UNITED STATES OF AMERICA

v.

ROHAN CARL DAVIDSON

ORDER OF DETENTION

August 20, 2004

COHEN, M.J.

After hearing, the defendant having consented to an order of detention without prejudice to reconsideration on motion duly filed -

IT IS ACCORDINGLY ORDERED that the defendant be DETAINED pending trial, and it is further Ordered--

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the

government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

Further proceedings shall be conducted in the Central Section, and the file is hereby ordered transferred to Magistrate Judge Swartwood for further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE