UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Cr. No. 04-40020-NMG |
| ) | |
| ROHAN CARL DAVIDSON, ) | |
| ) | |
| Defendant ) | |

**PARTIES' JOINT MEMORANDUM CONCERNING STATUS CONFERENCE AND DEFENDANT'S REQUEST FOR INTERIM STATUS CONFERENCE**

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, and Defendant, by his counsel, Robert Y. Murray, Esq., having conferred, report as follows concerning L.R. 116.5(C) and the Court's Initial Scheduling Order:

1. 116.5(C)(1). There are no outstanding discovery issues. Discovery have been completed by the Government. The Defendant does not anticipate that any discovery will be provided.

2. 116.5(C)(2). The parties do not anticipate providing additional discovery. However, the Government recognizes its continuing discovery obligations.

3. 116.5(C)(3). The Defendant does not intend to raise any defense of insanity or public authority.

4. 116.5(C)(4). The Government has not requested notice of alibi and has no plans to do so.

5. 116.5(C)(5). The Defendant requires additional to determine whether or not he intends on filing any motions to sever, dismiss, or suppress or any other motion requiring a

ruling by the District Court before trial.

6. <u>116.6(C)(6)</u>. Defendant requests that the court set an interim status conference in this matter for the week beginning November 1, 2004, in Worcester, MA, so that counsel may discuss the possibility of a guilty plea.

7. <u>116.7(C)(7)</u>. The parties have discussed the possibility of an early resolution of the case without a trial. Counsel requires additional time to discuss the matter with Defendant.

8. <u>116.8(C)(8)</u>. There is no disagreement on the periods of excludable delay. Per the Court's initial scheduling Order, all time has been excluded through Friday, September 3, 2004. Defendant asks that the time be excluded from September 3, 2004 through the next scheduled interim status conference, in the interests of justice, and pursuant to 18 U.S.C. 3161(h)(8)(A), due to the delay resulting from Defendant's request for an interim status conference.

9. <u>116.9(C)(9)</u>. The parties estimate that the trial of this matter will take approximately one day.

SEEN AND AGREED:

                                                    Respectfully submitted,

ROHAN CARL DAVIDSON              MICHAEL J. SULLIVAN
Defendant                              UNITED STATES ATTORNEY

By: *John M. Hodgens, Jr.*          By: *John M. Hodgens, Jr.*
    ROBERT Y. MURRAY, ESQ.           JOHN M. HODGENS, JR.
*for*  Counsel for Defendant           Assistant U.S. Attorney

2

SS., WORCESTER

## CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing will be mailed/faxed to the below-named counsel for Defendant, on this the 30th day of September, 2004.

JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Robert Y. Murray, Esq.
225 Friend Street
Boston, MA 02114

3