# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-40020-FDS
ROHAN CARL DAVIDSON,           )
        Defendant,             )
                               )
_____)
```

## INITIAL STATUS REPORT
### October 1, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

Mr. Davidson's counsel has requested additional time to determine whether or not he intends to file substantive motions. I have granted that request.

3. <u>Plea Negotiations</u>

Both counsel have requested additional time to initiate discussions in order to determine whether or not this case can be resolved without a trial. I have granted that request.

4.   <u>Further Status Conference</u>

A further status conference shall be held in this case on November 4, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

5.   <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the period from September 3, 2004 (date of expiration of prior order of excludable time) through November 4, 2004 (date by which discovery/plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, January 13, 2005</u>.

                                                /s/Charles B. Swartwood, III
                                                CHARLES B. SWARTWOOD, III
                                                MAGISTRATE JUDGE