

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (508) 368-0100*
*Facsimile:      (508) 756-7120*

*Federal Building & Courthouse*
*595 Main Street, Suite 206*
*Worcester, Massachusetts 01608*

November 4, 2004

**BY HAND**
Mr. Martin Q. Castles
Courtroom Clerk to Judge Saylor
Office of the Clerk
U.S. District Court
Donohue Federal Building - 5th Floor
595 Main Street
Worcester, MA 01608

Re:  **U.S. v. Rohan Carl Davidson**
     Cr. No. 04-40020-FDS

Dear Mr. Castles:

    Would you be so kind as to schedule a Rule 11 hearing in the above-referenced matter as promptly as possible.

    Counsel for Defendant has contacted the Government and informed the Government that the Defendant would like to change his plea to guilty.

    Please note that there is no plea agreement.

                          Very truly yours,

                          MICHAEL J. SULLIVAN
                          UNITED STATES ATTORNEY

                  By:     *[signature]*
                          JOHN M. HODGENS, JR.
                          Assistant U.S. Attorney

cc:  Robert Y. Murray, Esq.
     Lisa Roland, Ctr. Clerk to Judge Swartwood