UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 04-40020-FDS
ROHAN CARL DAVIDSON,           )
        Defendant,             )
_____)
```

**FINAL STATUS REPORT**
November 5, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. **Rule 11 Hearing**

Counsel for the parties have requested that this case be returned to Judge Saylor for a Rule 11 hearing. I have granted that request.

2. **Excludable Time**

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through November 4, 2004. Therefore, assuming no further order of excludable time under the

plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, January 13, 2005</u>.

                                      <u>/s/Charles B. Swartwood, III</u>
                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE